IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 22-31069-H4 |
| **Joseph Eric Reheusser** | |
| | CHAPTER 13 |
| **DEBTOR** | |

### NOTICE OF SCHEDULE OF HOME MORTGAGE PAYMENTS

UNLESS AN OBJECTION IS FILED IN WRITING WITH THE CLERK OF THE COURT WITHIN 21 DAYS OF THE DATE ON WHICH THIS DOCUMENT WAS FILED AND SERVED, THE NOTICE OF SCHEDULE HOME MORTGAGE PAYMENTS WILL BE FINAL AND BINDING ON ALL PARTIES WITHOUT A HEARING AND WITHOUT FURTHER NOTICE.

Notice is hereby given that the following is a schedule of payments made to the mortgage company indicated below during the period beginning December 2021 and ending November 2022.

| Date | Check # | Mortgage Company | Amount |
|---|---|---|---|
| 07/01/2022 | 0844507 | US BANK NATIONAL ASSOCIATION | $4,591.38 |
| 11/01/2022 | 0852338 | US BANK NATIONAL ASSOCIATION | $4,591.38 |

RESPECTFULLY SUBMITTED,

/s/David G. Peake
_____
David G. Peake, Trustee
Admissions ID No. 15679500
9660 Hillcroft, Ste 430
Houston, TX  77096
(713)283-5400 Telephone
(713)852-9084 Facsimile

## CERTIFICATE OF SERVICE

    The undersigned does hereby certify that a true and correct copy of the foregoing was sent to all parties as listed below on December 07, 2022, either electronically or via BNC or U.S. First Class Mail.

| | |
|---|---|
| Joseph Eric Reheusser<br>25823 Water Ridge<br>Huffman, TX  77336 | DANIEL J CIMENT<br>CIMENT LAW FIRM PLLC<br>221 BELLA KATY DRIVE<br>KATY,  TX  77494<br><br>US BANK NATIONAL ASSOCIATION<br>RUSHMORE LOAN MANAGEMENT SERVICES LLC<br>PO BOX 52708<br>IRVINE, CA  92619 |

/s/David G. Peake
_____
David G. Peake, Trustee